**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **SAYONARA REYES and ALEX GRISWOLD, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br>**vs.**<br><br>**INDYMAC MORTGAGE SERVICES, FSB, a division of ONEWEST BANK, FSB,**<br><br>**Defendant.** | ) | **C.A. NO. 1:10-CV-10389-RWZ** |

**NOTICE OF VOLUNTARY DISMISSAL OF THE CLAIMS OF PLAINTIFF SAYONARA REYES**

TAKE NOTICE that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff Sayonara Reyes, by and through undersigned counsel, hereby dismisses with prejudice her claims in this matter.

Respectfully Submitted,
On behalf of the Plaintiffs,

*/s/ Gary Klein*
Gary Klein (BBO 560769)
Shennan Kavanagh (BBO 655174)
Kevin Costello (BBO 669100)
RODDY KLEIN & RYAN
727 Atlantic Avenue
Boston, MA 02111-2810
Tel: (617) 357-5500
Fax: (617) 357-5030

Stuart Rossman (BBO 430640)
Charles Delbaum (BBO 543225)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th floor
Boston, MA 02110
(617) 542-9595 (*telephone)*
(617) 542-8010 *(fax)*

Michael Raabe (BBO 546107)
NEIGHBORHOOD LEGAL SERVICES
170 Common Street, Suite 300
Lawrence, MA 01840
Tel: (978) 686-6900
Fax: (978) 685-2933

DATE: July 30, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on July 30, 2010.

*/s/ Gary Klein*
Gary Klein